UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| ALLEN KELSO | § | |
|---|---|---|
| | § | **CIVIL ACTION NO. 2:22-cv-00022-Z** |
| **Plaintiff** | § | |
| | § | |
| VS. | § | |
| | § | |
| JPL PROPERTIES, LLC | § | |
| | § | |
| **Defendant** | § | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to the Federal Rules of Civil Procedure, Plaintiff hereby files this notice of voluntary dismissal in accordance with FRCP Rule 41(a)(1)(A)(i).

The issues between the parties and the case in controversy have been resolved.

DATED: April 11, 2022         Respectfully submitted,

By:    /s/ R. Bruce Tharpe
       R. Bruce Tharpe

**LAW OFFICE OF
R. BRUCE THARPE, PLLC**
PO Box 101
Olmito, TX 78575
(956) 255-5111 (Tel)

ATTORNEY OF RECORD FOR
PLAINTIFF ALLEN KELSO

### CERTIFICATE OF SERVICE

I, R. BRUCE THARPE, do hereby certify that on April 11, 2022, this notice was served on all parties of record via the NDTX_USDC electronic case filing system. A copy of this notice was also mailed to Defendant, who has not yet made an appearance in this case.

/s/ R. Bruce Tharpe
R. BRUCE THARPE,
ATTORNEY OF RECORD FOR
PLAINTIFF ALLEN KELSO

1