IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| ALLEN KELSO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:22-CV-022-Z |
| | § | |
| JPL PROPERTIES, LLC, | § | |
| | § | |
| Defendant. | § | |

## NOTICE

Before the Court is Plaintiff's Notice of Dismissal (ECF No. 6), filed on April 12, 2022. The filing is "a notice of dismissal" filed "before the opposing party serve[d] either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1)(A)(i). Defendant has done neither. Plaintiff is entitled to voluntary dismissal without prejudice because a "notice of dismissal is self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (quoting *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015)). Therefore, the Court **DIRECTS** the United States District Clerk to close the case.

The Court issues notice accordingly.

April 13, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE